CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 0 6 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| TERESA N. IRVIN, <br><br> Plaintiff, <br><br> v. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 4:04CV00025 <br><br> **ORDER** <br><br> By: Jackson L. Kiser <br> Senior United States District Judge |

Before me is the Report and Recommendation of the United States Magistrate Judge recommending reversing the Commissioner's final decision denying the Plaintiff's claim for benefits. The Defendant filed objections to the Report and Recommendation, and the Plaintiff has responded to the Defendant's objections. I reviewed the Magistrate's Report and Recommendation, the Defendant's objections, the Plaintiff's responses, and relevant portions of the record. The matter is now ripe for decision. For the reasons stated in the accompanying memorandum opinion, I **REJECT** the Magistrate's recommendation and **SUSTAIN** the Defendant's objections. The Commissioner's final decision denying the Plaintiff's claim for benefits is **AFFIRMED**, and the case is hereby **DISMISSED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the Magistrate Judge and all counsel of record. The clerk is further directed to strike this matter and all outstanding motions from the Court's docket.

Entered this 6th day of May, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge